# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**WILLIAM ANTHONY MOORE**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:00CR00034-01**<br><br>Douglas Beevers, Asst. Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1, 2 and 3  as alleged in the violation petition filed on 9/24/2010 .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 8/26/2010 |
| 2 | Failure to Participate in Drug Testing as Directed | 5/24/2010 |
| 3 | Failure to Participate in Counseling Appointments as Directed | 6/28/2010 |

The court: [ ] revokes:  [✔] modifies and  [✔] continues the defendant under the same terms and conditions of supervision heretofore ordered on 8/16/2000, with the following additions:  1) The defendant shall complete 25 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by 5/30/2011; and 2) As directed by the probation officer, the defendant shall complete up to 20 hours of unpaid community service per week, if defendant becomes unemployed for at least 25 hours per week, or alternatively, the defendant shall participate in a previously approved educational or vocational program.

The defendant is sentenced as provided in page 1 through  1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 6, 2010
Date of Imposition of Sentence

*/s/ William B. Shubb*
Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

December 14, 2010
Date